UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linda Ditomasso,<br>　　　　Plaintiff,<br><br>v.<br><br>Philip Services Corporation, PSC Group Life Plan and Continental Assurance Company,<br>　　　　Defendants. | Civil Action No. 05-40057-FDS |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and hereby enters his appearance on behalf of the Defendant Continental Assurance Company in the above entitled matter.

　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　Defendant Continental Assurance Company,
　　　　　　　　　　　　By:

　　　　　　　　　　　　_____
　　　　　　　　　　　　David B. Crevier, BBO #557242
　　　　　　　　　　　　Crevier & Ryan, LLP
　　　　　　　　　　　　1500 Main Street, Suite 2020
　　　　　　　　　　　　Springfield, MA 01115-5727
　　　　　　　　　　　　Tel: 413-787-2400
　　　　　　　　　　　　Facsimile: 413-781-8235
　　　　　　　　　　　　Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of June 2005.

_____