## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Linda Ditomasso,          Plaintiff,  ) ) ) ) | |
| v. | )    Civil Action No. 05-40057-FDS |
| | ) |
| Philip Services Corporation, PSC Group Life Plan and Continental Assurance Company,          Defendants. | ) ) ) ) |

### NOTICE OF APPEARANCE

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of the

Defendant Continental Assurance Company in the above entitled matter.

> Respectfully Submitted,
> Defendant Continental Assurance Company,
> By:
>
> Katherine R. Parsons, BBO # 657280
> Crevier & Ryan, LLP
> 1500 Main Street, Suite 2020
> Springfield, MA 01115-5727
> Tel: 413-787-2400
> Facsimile: 413-781-8235
> Email: kparsons@crevierandryan.com

### CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of June 2005.