**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LINDA DITOMASSO,  )<br>          Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PHILIP SERVICES CORPORATION,  )<br>PSC GROUP LIFE PLAN AND  )<br>CONTINENTAL ASSURANCE COMPANY  )<br>          Defendants.  )<br>  ) | Civil Action No. 05-40057-FDS |

**CONTINENTAL ASSURANCE COMPANY**
**L.R. 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant Continental Assurance Company ("CAC"), pursuant to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby makes the following disclosures: 1) Loews Corporation is a publicly held corporation and owns more than 10% of CNA Financial Corporation; 2) CNA Financial Corporation is the parent company of The Continental Corporation and the only publicly traded company that owns 10% or more of The Continental Corporation's stock; 3) Continental Casualty Company is a wholly owned subsidiary of The Continental Corporation; and 4) CAC is a wholly owned subsidiary of Continental Casualty Company.

Respectfully Submitted,

DEFENDANT CONTINENTAL ASSURANCE COMPANY
By its Attorneys,

_____
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
413-787-2400
413-781-8235 (fax)
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of June 2005.

_____