UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA DITOMASSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| PHILIP SERVICES CORPORATION, | § | NO. 05-40057 |
| PSC GROUP LIFE PLAN and | § | |
| CONTINENTAL ASSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

**MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Jennifer M. Ryan, counsel of record for Defendants Philip Services Corporation and PSC Group Life Plan (collectively referred to herein as "Defendants"), hereby moves this Court to permit Gretchen Agena to appear on Defendants' behalf as counsel *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned counsel states the following:

1. Jennifer M. Ryan is a member in good standing of the bar of this Court.

2. Gretchen Agena is a member in good standing of the bar of the State of Texas and the U.S. District Court for the Southern District of Texas.

3. Ms. Agena is an associate in the law firm of Locke Liddell & Sapp LLP.

4. There are no disciplinary proceedings pending against Ms. Agena as a member of the bar in any jurisdiction.

5. Ms. Agena has been provided with the Local Rules of the United States District Court for the District of Massachusetts and has indicated in her Certificate (attached hereto) that she is familiar with them.

6.    The Certificate of Gretchen Agena in Support of this Motion to Permit Counsel to Appear *Pro Hac Vice* is attached hereto as Exhibit A.

Respectfully submitted,

**PHILIP SERVICES CORPORATION
and PSC GROUP LIFE PLAN**

By their attorneys:

__/s/ Jennifer M. Ryan_____
Jennifer M. Ryan (BBO# 661498)
James L. Hauser (BBO# 557214)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

Dated: July 1, 2005

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

      Counsel for Defendants attempted to confer with Plaintiff's Counsel William J. Ritter on July 1, 2005, prior to filing this motion but was unable to reach him.

                                            /s/ Jennifer M. Ryan
                                            Jennifer M. Ryan

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2005, a true and correct copy of the foregoing pleading was served via certified mail, return receipt requested, with proper postage affixed and addressed as follows:

William J. Ritter
POJANI HURLEY RITTER & SALVIDIO, LLP
446 Main Street
Worcester, MA 01608

                                            /s/ Jennifer M. Ryan
                                            Jennifer M. Ryan

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA DITOMASSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| PHILIP SERVICES CORPORATION, | § | NO. 05-40057 |
| PSC GROUP LIFE PLAN and | § | |
| CONTINENTAL ASSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF GRETCHEN AGENA IN SUPPORT OF MOTION
TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Gretchen Agena, having been duly sworn, on my oath do say as follows:

1. I am a member in good standing of the bar of the State of Texas and the U.S. District Court for the Southern District of Texas.

2. I am an associate in the law firm of Locke Liddell & Sapp LLP.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

HOUSTON: 019546.00004: 1017923v1

_____
Gretchen Agena

SWORN TO AND SUBSCRIBED before me this 30th day of June, 2005.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires: _____

HOUSTON: 019546.00004: 1017923v1