IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA DITOMASSO, | § § § § | |
| Plaintiff, | | |
| v. | § § | CIVIL ACTION |
| PHILIP SERVICES CORPORATION, PSC GROUP LIFE PLAN and CONTINENTAL ASSURANCE COMPANY, | § § § § § | NO. 05-40057 |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER M. RYAN

Please withdraw the appearance of Jennifer M. Ryan as counsel for defendant Philip Services Corporation in the above captioned matter.  James L. Hauser of Brown Rudnick Berlack Israels LLP will remain as counsel for the defendant Philip Services Corporation.

August 29, 2005

**PHILIP SERVICES CORPORATION
and PSC GROUP LIFE PLAN**

By their attorneys:

By:    __/s/ Jennifer M. Ryan_____
Jennifer M. Ryan (BBO#(BBO# 661498)
James L. Hauser (BBO# 557214)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

2

                                                        _____
David M. Gregory
Texas State Bar No. 24007274
Gretchen Agena
Texas State Bar No. 24040396
LOCKE LIDDELL & SAPP LLP
600 Travis St., Suite 3400
Houston, Texas 77002
713-226-1200
713-223-3717 (Fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 29th day of August, 2005, a true and correct copy of within Notice of Withdrawal of Appearance of Jennifer M. Ryan was served upon counsel for Plaintiff via first class mail, with proper postage affixed and addressed as follows:

William J. Ritter
POJANI HURLEY RITTER & SALVIDIO, LLP
446 Main Street
Worcester, MA 01608

                                                /s/ Jennifer M. Ryan
                                                Jennifer M. Ryan

# 1382112 v1 - RYANJM - 024309/0007