UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
LINDA DITOMASSO,                            )
         Plaintiff,                         )
                                            )
v.                                          )   Civil Action No. 05-40057-FDS
                                            )
PHILIP SERVICES CORPORATION,                )
PSC GROUP LIFE PLAN AND                     )
CONTINENTAL ASSURANCE COMPANY               )
         Defendants.                        )
_____ )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

| PLAINTIFF LINDA DITOMASSO | DEFENDANT CONTINENTAL ASSURANCE COMPANY |
|---|---|
| By her Attorneys, | By its Attorneys, |
| s/William J. Ritter | s/Katherine R. Parsons |
| William J. Ritter, BBO# 552397 | David B. Crevier, BBO #557242 |
| Natania M. Davis, BBO# 651383 | Katherine R. Parsons, BBO# 657280 |
| Pojani, Hurley, Ritter & Salvidio, LLP | Crevier & Ryan, LLP |
| 446 Main Street | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608 | Springfield, MA 01115 |
| (508) 798-2480 | (413) 787-2400 |
| (508) 797-9651 (fax) | (413) 781-8235 (fax) |
| email: writter@phrslaw.com | email: dcrevier@crevierandryan.com |
|  | kparsons@crevierandryan.com |

PHILIP SERVICES CORPORATION and
PSC GROUP LIFE PLAN

By its Attorneys,


s/James Hauser
James Hauser, BBO# 557214
Brown Rudnick Berlack Israel LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201